1 | HAROLD M. BRODY (SBN 84927)
hbrodyproskauer.com
2 | SUSAN L. GUTIERREZ (SBN 273980)
sgutierrez@proskauer.com
3 | PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
4 | Los Angeles, CA  90067-3206
Telephone:   310.557.2900
5 | Facsimile:    310.557.2193

6 | Attorneys for Defendant
XO GROUP INC. (f/k/a/ The Knot, Inc.)
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | JENNIFER LOPEZ,                                    | Case No. CV 11-02274 EMC

11 |                         Plaintiff,                 | Hon. Edward M. Chen

12 |             vs.                                    | [PROPOSED ORDER] JOINT STIPULATION TO CONTINUE
13 | THE KNOT, INC.,                                    | MEDIATION COMPLETION DATE AND POST-MEDIATION STATUS
14 |                         Defendants.                | CONFERENCE

1

[PROPOSED ORDER] JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE
(Case No. CV-11-2274 EMC)

**ORDER**

For good cause shown, it is hereby ordered that:

1. The mediation completion date is continued from December 15, 2011, to and including January 13, 2012;

2. The post-mediation status conference set for December 23, 2011, at 10:30 a.m. is continued to January 20, 2012, at 10:30 a.m.;

3. The parties' post-mediation status conference reports shall be due on or by January 13, 2012.

Dated: __10/19__, 2011



_____
Judge Edward M. Chen
United States District Court