1  HAROLD M. BRODY (SBN 84927)
   hbrodyproskauer.com
2  SUSAN L. GUTIERREZ (SBN 273980)
   sgutierrez@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    310.557.2900
5  Facsimile:    310.557.2193

6  Attorneys for Defendant
   XO GROUP INC. (f/k/a/ The Knot, Inc.)
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | JENNIFER LOPEZ,              | Case No. CV 11-02274 EMC |
11 |            Plaintiff,        | Hon. Edward M. Chen |
12 |       vs.                    | [PROPOSED ORDER] JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE AND POST-MEDIATION STATUS CONFERENCE |
13 | THE KNOT, INC.,              | |
14 |            Defendants.       | |

                                1
─────────────────────────────────────────────────
[PROPOSED ORDER] JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE
                    (Case No. CV-11-2274 EMC)

**ORDER**

For good cause shown, it is hereby ordered that:

1. The mediation completion date is continued from December 15, 2011, to and including January 13, 2012;

2. The post-mediation status conference set for December 23, 2011, at 10:30 a.m. is continued to January 20, 2012, at 10:30 a.m.;

3. The parties' post-mediation status conference reports shall be due on or by January 13, 2012.

Dated: __10/19__, 2011



_____
Judge Edward M. Chen

2

[PROPOSED ORDER] JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE
(Case No. CV-11-2274 EMC)