1  HAROLD M. BRODY (SBN 84927)
   hbrodyproskauer.com
2  SUSAN L. GUTIERREZ (SBN 273980)
   sgutierrez@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:   310.557.2900
5  Facsimile:   310.557.2193

6  Attorneys for Defendant
   XO GROUP INC. (f/k/a/ The Knot, Inc.)
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | JENNIFER LOPEZ,              | Case No. CV 11-02274 EMC
11 |                   Plaintiff, | Hon. Edward M. Chen
12 |        vs.                   | [~~PROPOSED~~] ORDER GRANTING
   |                              | STIPULATION TO AMEND ANSWER
13 | THE KNOT, INC.,              |
14 |                  Defendants. |

                                   1

**ORDER**

For good cause shown, it is hereby ordered that:

Defendant The Knot, Inc. may file its Amended Answer to Plaintiff Jennifer Lopez' unverified Complaint, on or before November 1, 2011.

Dated: __10/31__, 2011

IT IS SO ORDERED

Judge Edward M. Chen