1  PROSKAUER ROSE LLP
   HAROLD M. BRODY, SBN 84927
2  hbrody@proskauer.com
   SUSAN L. GUTIERREZ, SBN 273980
3  sgutierrez@proskauer.com
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant
   XO GROUP INC. (f/k/a THE KNOT, INC.)
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JENNIFER LOPEZ,               ) Case No. CV 11-2274 EMC
                                   )
12 |        Plaintiff,             )
                                   )
13 |     vs.                       ) **[PROPOSED] ORDER TO**
                                   ) **STIPULATION TO EXTEND TIME**
14 | THE KNOT, INC., et al.,       ) **FOR POST-MEDIATION STATUS**
                                   ) **CONFERENCE BY THIRTY (30) DAYS**
15 |        Defendants.            )
                                   ) **Hon. Edward M. Chen**
16                                 )
                                   )
17                                 ) Action Filed: April 8, 2011
                                   ) Trial Date:   June 25, 2012
18

19

20

21

22

23

24

25

26

27

28

---

1  **[PR~~OPO~~SED] ORDER**

2  Pursuant to the concurrently filed stipulation, IT IS HEREBY ORDERED that the post-
3  mediation status conference scheduled for January 20, 2012 be continued until February ~~21, 2012~~.
24, 2012 at 10:30
4  An updated joint status report shall be filed by February 17, 2012.

5  DATED:  1/12/12

The Honorable Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

---

[PROPOSED] ORDER FOR THE PARTIES' STIPULATION
(Case No. CV 11-2274 (EMC))

1673/42708-006
current/26671196v1