1  PROSKAUER ROSE LLP
   HAROLD M. BRODY, SBN 84927
2  hbrody@proskauer.com
   SUSAN L. GUTIERREZ, SBN 273980
3  sgutierrez@proskauer.com
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant
   XO GROUP INC. (f/k/a THE KNOT, INC.)
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | JENNIFER LOPEZ,                ) Case No. CV 11-2274 EMC
                                    )
12 |         Plaintiff,              )
                                    )
13 |    vs.                          ) **[PROPOSED] ORDER TO**
                                    ) **STIPULATION TO EXTEND TIME**
14 | THE KNOT, INC., et al.,        ) **FOR POST-MEDIATION STATUS**
                                    ) **CONFERENCE BY THIRTY (30) DAYS**
15 |         Defendants.             )
                                    ) **Hon. Edward M. Chen**
16                                   )
                                    )
17                                   ) Action Filed: April 8, 2011
                                    ) Trial Date:    June 25, 2012
18

1 **[PR~~OPO~~SED] ORDER**

2  Pursuant to the concurrently filed stipulation, IT IS HEREBY ORDERED that the post-
3 mediation status conference scheduled for January 20, 2012 be continued until February ~~21, 2012~~. 24, 2012 at 10:30
4 An updated joint status report shall be filed by February 17, 2012.

5 DATED:   1/12/12

The Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen