1  HAROLD M. BRODY, SBN 84927
   hbrody@proskauer.com
2  SUSAN L. GUTIERREZ, SBN 273980
   sgutierrez@proskauer.com
3  PROSKAUER ROSE LLP
4  2049 Century Park East, 32 Floor
   Los Angeles, California 90067-3206
5  Telephone:  310-557-2900
   Facsimile:  310-557-2193
6

7  Attorneys for Defendant,
   XO GROUP INC. (f/k/a THE KNOT, INC.)
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ, | Case No. CV 11-2274 EMC |
| Plaintiff, | Hon. Edward M. Chen |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF CASE** |
| THE KNOT, INC., et al., | |
| Defendants. | |

**STIPULATION FOR VOLUNTARY DISMISSAL OF CASE**
**(Case No. CV-11-2274 EMC)**

## STIPULATION

It is hereby stipulated by and between Plaintiff Jennifer Lopez ("Plaintiff") and Defendant XO Group Inc., formerly known as The Knot, Inc. ("Defendant"), through their respective undersigned counsel, that pursuant to Rule 41(a)(1)(ii) and (B) of the Federal Rules of Civil Procedure, the within matter may be and is hereby dismissed with prejudice, each side to bear its own fees and costs.

Dated: January 24, 2012

PROSKAUER ROSE LLP
HAROLD M. BRODY
SUSAN L. GUTIERREZ

By: /s/ Harold M. Brody
      Harold M. Brody

Attorneys for Defendant
XO GROUP INC. (f/k/a THE KNOT, INC.)

Dated: January 24, 2012

RUDY, EXELROD, ZIEFF & LOWE, LLP
ALAN B. EXELROD
JOHN T. MULLAN

By: /s/ Alan B. Exelrod
      Alan B. Exelrod

Attorneys for Plaintiff
JENNIFER LOPEZ

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION FOR VOLUNTARY DISMISSAL OF CASE
(Case No. CV-11-2274 EMC)