HAROLD M. BRODY, SBN 84927
hbrody@proskauer.com
SUSAN L. GUTIERREZ, SBN 273980
sgutierrez@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32 Floor
Los Angeles, California 90067-3206
Telephone:  310-557-2900
Facsimile:  310-557-2193

Attorneys for Defendant,
XO GROUP INC. (f/k/a THE KNOT, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ,<br><br>                    Plaintiff,<br><br>              vs.<br><br>THE KNOT, INC., et al.,<br><br>                    Defendants. | Case No. CV 11-2274 EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CASE** |

---

**STIPULATION FOR VOLUNTARY DISMISSAL OF CASE**
**(Case No. CV-11-2274 EMC)**

## **STIPULATION**

It is hereby stipulated by and between Plaintiff Jennifer Lopez ("Plaintiff") and Defendant XO Group Inc., formerly known as The Knot, Inc. ("Defendant"), through their respective undersigned counsel, that pursuant to Rule 41(a)(1)(ii) and (B) of the Federal Rules of Civil Procedure, the within matter may be and is hereby dismissed with prejudice, each side to bear its own fees and costs.

Dated: January 24, 2012

PROSKAUER ROSE LLP
HAROLD M. BRODY
SUSAN L. GUTIERREZ

By: /s/ Harold M. Brody
        Harold M. Brody

Attorneys for Defendant
XO GROUP INC. (f/k/a THE KNOT, INC.)

Dated: January 24, 2012

RUDY, EXELROD, ZIEFF & LOWE, LLP
ALAN B. EXELROD
JOHN T. MULLAN

By: /s/ Alan B. Exelrod
        Alan B. Exelrod

Attorneys for Plaintiff
JENNIFER LOPEZ

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen